11007.

FIRST TRUST & SAVINGS BANK *ET AL.* v. SPRATT

(113 S. E., 473)

Before Moore, J., York, October, 1921.   Affirmed.

Action by the First Trust & Savings Bank of Rock Hill
and another, as executors of the estate of J. M. Cherry,
deceased, and others, against J. L. Spratt.   From an order
overruling a demurrer to the complaint, defendant appeals.

*Messrs. Spencer, Spencer & White,* for appellant, cite: *Liquidated damages:* 36 Cyc., 570; 25 R. C. L., 230; 9 S. C., 344; 190 Ill., 111; 190 Ill., 629; 184 S. W., 244. *Contract forfeited by failure to comply in time:* 90 S. C., 495; 217 U. S., 323. *Contract void for want of mutuality:* 23 How., 313; 25 R. C. L., 233.

*Mr. Wm. J. Cherry,* for respondents, cites: *Purchaser could not take advantage of own default in payment:* 84 S. C., 185; 9 S. C., 269; 134 U. S., 68. *Provision for damages intended as security for performance:* 11 Rich., 554; 94 S. C., 184; 11 Rich. Eq., 225; 2 L. R. A. (N. S.), 210; 217 U. S., 323; 52 Am. Rep., 310; 42 Minn., 194; 199 Fed., 262; 59 N. J. Eq., 427; 53 N. J. Eq., 15; 28 Minn., 439; 1 Gray, 414; 8 Gray, 550; 10 Me., 40; 5 Gilman, 196; 5 Cow., 272. *Contract for benefit of third party may be enforced by him:* 7 Enc. L., 106; 1 Rich., 268; 3 Strob., 196. *Sufficient if vendor able to make title at time set for performance:* 48 S. C., 295; 9 S. C., 265; 5 S. C., 463. *Who can enforce performance:* 1 Enc. L., 1140; 2 Hill Ch., 584; 69 L. R. A., 629; 39 L. R. A. (N. S.), 324; Fry, Sp. Perf., Secs. 294, 297; Waterman, Sp. Perf., Sec. 200; 39 A. L. R., 74; 1 Dill., 121; 5 A. L. R., 401.

September 1, 1922.

The opinion of the Court was delivered by Mr. Justice Fraser.

This case was heard with and decided by First Trust & Savings Bank of Rock Hill, S. C., et al. v. John C. Pruitt et al., 113 S. E., 469, to which reference is made for the facts and law, and for the reasons therein stated,

The judgment is affirmed.